# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2007

134173

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DESIREE JACLYNN PUENTE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

              SC: 134173
              COA: 274293
              Jackson CC
              Family Division: 03-002646-NA

JEROME OSCAR ATKINS,
   Respondent-Appellant,

_____/

   On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2007

s0626

                Clerk